UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT MACHLAN,

Plaintiff,

v.

KENNETH WILLIAMS, et al.,

Defendants.

Case No. 3:26-cv-00473-ART-CSD

ORDER

*Pro se* Plaintiff Robert Machlan initiated this lawsuit by filing a complaint but failed to pay the $405 filing fee or apply for *in forma pauperis* ("IFP") status. (ECF Nos. 1-1, 1.) So the Court ordered Plaintiff to either pay the full filing fee or file a complete IFP application by July 24, 2026, if he wanted to proceed with this action. (ECF No. 3.) Plaintiff responded by filing a motion asking why he has two case numbers, this one and the later-filed lawsuit styled *Machlan v. Williams*, Case No. 3:26-cv-00485-ART-CSD ("*Machlan 2*"). (ECF No. 6.) In the motion, Plaintiff contends that *Machlan 2* and this action should have been filed as a single action because, while the complaint was filed in this action, his IFP application was filed in *Machlan 2*. (*Id.* at 1.) Having reviewed the motion and exhibits, the Court agrees with Plaintiff and finds that he intended to file only one civil-rights lawsuit, and *Machlan 2* was initiated by mistake. The Court, therefore, grants Plaintiff's motion (ECF No. 6) and orders the Clerk of Court to file the IFP application (ECF No. 1) and the Financial Certificate (ECF No. 5) from *Machlan 2* in this action. The Court will enter a separate order in *Machlan 2* to close that case.

//

## I. CONCLUSION

It is therefore ordered that the Court grants Plaintiff's motion (ECF No. 6).

It is further ordered that the Clerk of the Court file the IFP application (ECF No. 1) and Financial Certificate (ECF No. 5) from *Machlan 2* (3:26-cv-00485-ART-CSD) in this action. The Court will enter a separate order in *Machlan 2* to close that case.

DATED THIS 17th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE